UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-CR-00072 PPS |
| | ) | |
| | ) | |
| TERRY D. METCALFE | ) | |

FINAL ORDER OF FORFEITURE

This matter having come before the Court upon motion by the United States of America for entry of a Final Order of Forfeiture [DE 35]; and

WHEREAS, on April 25, 2024, this Court entered a Preliminary Order of Forfeiture ordering the defendant to forfeit the property described below:

- Glock Model 22 .40 caliber semi-automatic handgun (S/N: BTSD841) with extended magazine and 22 .40 caliber rounds.

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and the U.S. Attorney General's authority to determine the manner of publication for an Order of Forfeiture in a criminal case, notice of the Preliminary Order of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 7, 2024, and ending on July 6, 2024,

1

notifying all third parties of their right to petition the Court within 60 days from the first date of internet publication for a hearing to adjudicate the validity of their alleged interest in the property; and

WHEREAS, no timely petition or claim has been filed; and

For these reasons, the Court orders:

The following property, to wit:

- Glock Model 22 .40 caliber semi-automatic handgun (S/N: BTSD841) with extended magazine and 22 .40 caliber rounds.

is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), all right, title and interest to the property described above is hereby condemned forfeited and vested in the United States of America and shall be disposed according to law.

ENTERED: August 22, 2024.

　　　　　　　　　　　　　　　　　　/s/   Philip P. Simon
　　　　　　　　　　　　　　　　　　PHILIP P. SIMON, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT